1   STEVEN G. KALAR
    Federal Public Defender

2

    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500

5

6   Counsel for Defendant

**FILED**

JUN 1 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. CR- ↵|-13- 70651

                                       )
12              Plaintiff,             )   Assertion of Fifth and Sixth Amendment
                                       )   Rights
13  vs.                                )
                                       )
14  James Quindale Page,               )
                                       )
15              Defendant.             )
    _____)

16

17          I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to

18  remain silent and to have counsel present at any and all of my interactions with the government

19  or others acting on the government's behalf.  I do not wish to, and will not, waive any of my

20  constitutional rights except in the presence of counsel.  I do not want the government or others

21  acting on the government's behalf to question me, or to contact me seeking my waiver of any

22  rights, unless my counsel is present.

23
    _____      6/19/13          9 30
24  Defendant                            /Date            Time

25  _____      6/19/13          9 30
    Assistant Federal Public Defender    /Date            Time
26

Assertion of Fifth and Sixth Amendment Rights